IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDULLAH HANEEF IBN-SADIIKA,** | : | **CIVIL ACTION NO. 1:07-CV-0572** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of May, 2007, upon consideration of the order of court dated March 28, 2007 (Doc. 2), directing *pro se* plaintiff to file an amended complaint by April 27, 2007 and warning that failure to do so would result in the dismissal of the above-captioned action, and upon further consideration of plaintiff's objections to the removal of this case (Doc. 3), and the documents filed by plaintiff (Docs. 4, 5, 6),[1] and it appearing that plaintiff has not filed an amended complaint as of the date of this order, and that the complaint filed in the Court of Common Pleas of Huntingdon County alleges violations of the First, Fourth, Fifth, Sixth, and Fourteenth Amendment of the United States Constitution (see, e.g., Doc. 1, Ex. A at 14), see 28 U.S.C. § 1441(b) ("Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the

---

[1] These documents are merely documents plaintiff submitted to the state court.

Constitution, treaties or laws of the United States shall be removable . . . ."), it is hereby ORDERED that:

1. The objection to the removal of this case (Doc. 3) is CONSTRUED as a motion to remand and is DENIED as so construed.

2. The above-captioned action is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

4. The Clerk of Court shall send a copy of the objection to the removal of this case (Doc. 3) and documents (Docs. 4, 5, 6) to *pro se* plaintiff, via regular mail.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge