## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDULLAH HANEEF IBN-SADIIKA,** : | **CIVIL ACTION NO. 1:07-CV-0572** |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** : | |
| **Defendants** : | |

### **ORDER**

AND NOW, this 19th day of June, 2007, upon consideration of *pro se* plaintiff's application to proceed *in forma pauperis* on appeal (Doc. 8), it is hereby ORDERED that the application (Doc. 8) is DENIED without prejudice to defendant's right to file his request with the United States Court of Appeals for the Third Circuit.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge